## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

ROXANNE PLACE,

       **Plaintiff,**

v.

MIDLAND FUNDING, LLC, *et al.*,

       **Defendants.**                  No. 12-cv-1066-DRH-SCW

## ORDER

**HERNDON, Chief Judge:**

Before the Court is the parties' stipulation of dismissal due to settlement (Doc. 19). The parties stipulate to the dismissal of this lawsuit with prejudice, each party to bear their own attorneys' fees and costs. The Court hereby **ACKNOWLEDGES** said stipulation and holds that this action is **DISMISSED with prejudice**. The Clerk is directed to close the file and enter judgment accordingly.

       **IT IS SO ORDERED**.

Signed this 31st day of January, 2013.

Digitally signed by
David R. Herndon
Date: 2013.01.31
16:15:56 -06'00'

       **Chief Judge**
       **United States District Court**