UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ILLINOIS

ROXANNE PLACE,

    Plaintiff,

v.

MIDLAND FUNDING LLC and
MIDLAND CREDIT MANAGEMENT, INC.,

    Defendants.                    No. 12-cv-1066-DRH

### JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.**   This matter is before the court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order dismissing case entered on January 31, 2013, this case is **DISMISSED** with prejudice.

                    NANCY J. ROSENSTENGEL,
                    CLERK OF COURT

                    BY:    /s/*Sara Jennings*
                             **Deputy Clerk**

Dated:   January 31, 2013

Digitally signed by
David R. Herndon
Date: 2013.01.31
16:20:27 -06'00'

APPROVED:
        CHIEF JUDGE
        U. S. DISTRICT COURT